IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| EMILIO VALLEJO,<br>　　Plaintiff, | § § § § § | NDTX Case No.: 6:14-cv-00014-C<br><br>JURY REQUESTED |
| V. | § § § | [Removed from the 51st<br>Judicial District Court of |
| CHRYSLER GROUP LLC,<br>　　Defendant. | § § | Schleicher County, Texas] |

**DEFENDANT'S SUPPLEMENT TO NOTICE OF REMOVAL**

In paragraph 10 to Defendant Chrysler Group's Notice of Removal, Chrysler Group indicated it would, upon receipt of such document, supplement this Court's record with a certified docket sheet from the state court proceeding. *See* Chrysler Group's Notice of Removal (Dkt. No. 1) at ¶1. That supplement is now attached hereto as Exhibit A.

Respectfully submitted,

By: /s/ Chris Pearson
　　　Chris Pearson
　　　State Bar No. 15690440

GERMER
GERMER BEAMAN & BROWN PLLC
301 Congress Avenue, Suite 1700
Austin, Texas 78701
Telephone: (512) 472-0288
Fax: (512) 472-0721
cpearson@germer-austin.com

**COUNSEL FOR DEFENDANT
CHRYSLER GROUP LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of March, 2014, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court Northern District of Texas, using the electronic case files system of the Court. I hereby certify that I have caused all counsel of record to be electronically served via the Court's CM/ECF system.

E. Todd Tracy
Stuart D. Matthews
Andrew G. Counts
5473 Blair Road, Suite 200
Dallas, Texas 75231
(214) 324-9000
(972) 387-2205 Fax

**COUNSEL FOR PLAINTIFF**

        /s/ Chris Pearson
        Chris Pearson

2